# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. <u>20-2833</u>

Estate of Joseph Maglioli, et al v. Alliance HC Holdings, LLC, et al

(District Court No. 2-20-cv-06605)

## O R D E R

The Court has received petition for rehearing by **Chamber of Commerce of the United States of America**.

The petition for rehearing requirements are set forth in Fed. R. App. P. 32(g), 35(b), 40(b) and Third Circuit LAR 35.1 and 35.2. Your document does not comply with the following requirement(s):

A motion for leave to file amicus brief in support of petition for rehearing must be filed.

The above deficiencies must be corrected by **11/29/2021**.

No action will be taken on the document until these deficiencies are corrected.

For the Court,

<u>s/ Patricia S. Dodszuweit</u>
Clerk

Date: November 24, 2021

CJG/cc:    Jeffrey S. Bucholtz, Esq.
           Phillip A. Giordano, Esq.
           Russell L. Hewit, Esq.
           William M. Jay, Esq.
           Alexander Kazam, Esq.
           William M. Kelleher, Esq.
           Andrew Kim, Esq.
           Neil R. Lapinski, Esq.
           Daniel G.P. Marchese, Esq.
           Lann McIntyre, Esq.
           Jeffry A. Miller, Esq.

Melissa A. Murphy-Petros, Esq.
Ryan Notarangelo, Esq.
Adam R. Pulver, Esq.