UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 20-2833

ESTATE OF JOSEPH MAGLIOLI; BERNARD MAGLIOLI;
DANTE MAGLIOLI; ESTATE OF DALE PETRY; CHRISTOPHER PETRY

v.

ALLIANCE HC HOLDINGS LLC, d/b/a Andover Subacute & Rehabilitation I;
ALLIANCE HC II LLC, d/b/a Andover Subacute & Rehabilitation II
(Alliance Healthcare being improperly pleaded by name and as a seperate entity);
CHAIM SCHEINBAUM; LOUIS SCHWARTZ; JOHN AND JANE DOES 1-10;
ABC AND XYZ CORPORATIONS 1-10

Alliance HC Holdings, LLC, d/b/a Andover Subacute & Rehabilitation I;
Alliance HC II LLC, d/b/a Andover Subacute & Rehabilitation II
(Alliance Healthcare being improperly pleaded by name and as a separate entity);
Chaim "Mutty" Scheinbaum; Louis Schwartz,
　　　　　　　　　　　　　　　　　　　　　Appellants

No. 20-2834

ESTATE OF WANDA KAEGI; VICTOR KAEGI;
ESTATE OF STEPHEN BLAINE; SHARON FARRELL

v.

ALLIANCE HC HOLDINGS LLC, d/b/a Andover Subacute & Rehabilitation I;
ALLIANCE HC II LLC, d/b/a Andover Subacute & Rehabilitation II
(Alliance Healthcare being improperly pleaded by name and as a separate entity);
CHAIM "MUTTY" SCHEINBAUM; LOUIS SCHWARTZ; JOHN and JANE DOES 1-
10; ABC and XYZ CORPS 1-10

Alliance HC Holdings, LLC, d/b/a Andover Subacute & Rehabilitation I;
Alliance HC II LLC, d/b/a Andover Subacute & Rehabilitation II
(Alliance Healthcare being improperly pleaded by name and as a separate entity);
Chaim "Mutty" Scheinbaum; Louis Schwartz,
　　　　　　　　　　　　　　　　　　　　　Appellants

(D.N.J. No. 2-20-cv-06605)

Present:  PORTER, <u>Circuit Judge</u>

1. Unopposed Motion by The Chamber of Commerce of the United States of America for Leave to File Brief for Amicus Curiae in Support of the Petition for Rehearing

                                    Respectfully,
                                    Clerk/CJG

_____ORDER_____
The foregoing Motion is **GRANTED**.

                                    By the Court,

                                    s/David J. Porter
                                    Circuit Judge

Dated: January 3, 2022
Tmm/cc: All Counsel of Record